**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(C), and** |
| | : | **(b)(1)(D)** |
| **MATTHEW GREEN,** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Phencyclidine, Cocaine Base** |
| **Defendant.** | : | **and Marijuana)** |
| | : | |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | **(Using, Carrying, and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 28 U.S.C. § 2461(c);** |
| | : | **and 21 U.S.C. § 853(p)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about December 16, 2024, within the District of Columbia, **MATTHEW GREEN**, did unlawfully, knowingly, and willfully possess with intent to distribute a mixture and substance containing a detectable amount of Phencyclidine, also known as PCP, a Schedule II narcotic drug controlled substance; a mixture and substance containing a detectable amount of cocaine base also known as crack, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Phencyclidine, Cocaine Base, and Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and (b)(1)(D))

1

## COUNT TWO

On or about December 16, 2024, within the District of Columbia, **MATTHEW GREEN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense for which he may be prosecuted in a court of the United Sates, that is, Count One of this Information which is incorporated herein, a firearm.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2.      Upon conviction of the offense alleged in Count Two, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of this offense, including but not limited to, a Glock 19 Gen 5 9x19 mm caliber pistol bearing serial # CAPY148, 15 round capacity magazine and 16 rounds of 9mm Luger ammunition.

3.　　If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)　　cannot be located upon the exercise of due diligence;

(b)　　has been transferred or sold to, or deposited with, a third party;

(c)　　has been placed beyond the jurisdiction of the Court;

(d)　　has been substantially diminished in value; or

(e)　　has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE FERRIS PIRRO
Interim United States Attorney

By:　　*/s/ Sitara Witanachchi*
　　　　Sitara Witanachchi
　　　　Assistant United States Attorney
　　　　D.C. Bar # 1023007
　　　　601 D Street N.W. Room #5.1507
　　　　Washington, D.C. 20530
　　　　202-252-2420
　　　　sitara.witanachchi@usdoj.gov

3